**PHILLIPS PETROLEUM COMPANY**

v.

**FEDERAL POWER COMMISSION.**

No. 7022.

United States Court of Appeals
Tenth Circuit.

Sept. 13, 1962.

Lloyd G. Minter, Kenneth Heady and John R. Rebman, Bartlesville, Okl., for petitioner.

Richard A. Solomon, Gen. Counsel, Howard E. Wahrenbrock, Solicitor, and Josephine H. Klein, Atty., Federal Power Commission, Washington, D. C., for respondent.

Before PHILLIPS, PICKETT and HILL, Circuit Judges.

PER CURIAM.

Proceeding transferred September 13, 1962, to United States Court of Appeals for the District of Columbia Circuit.

**PHILLIPS PETROLEUM COMPANY**

v.

**FEDERAL POWER COMMISSION.**

Nos. 7023, 7024, 7026.

United States Court of Appeals
Tenth Circuit.

Argued Sept. 5, 1962.

Decided Oct. 5, 1962.

Lloyd G. Minter, Kenneth Heady and John R. Rebman, Bartlesville, Okl., for petitioner.

Richard A. Solomon, Gen. Counsel, and Howard E. Wahrenbrock, Solicitor, Federal Power Commission, Washington, D. C., for respondent.

Before PICKETT, LEWIS and HILL, Circuit Judges.

PER CURIAM.

Petition to review in case No. 7024, dismissed September 5, 1962, on motion of petitioner. Petitions to review in cases Nos. 7023 and 7026 dismissed October 5, 1962, on motion of petitioner.

**Ralph W. TAYLOR**

v.

**UNITED STATES DISTRICT COURT, DISTRICT OF KANSAS, Topeka, Kansas.**

No. 7112.

United States Court of Appeals
Tenth Circuit.

Sept. 14, 1962.

No representation for petitioner.

Newell A. George, U. S. Atty., and Benjamin E. Franklin, Asst. U. S. Atty., Topeka, Kan., for respondent.

Before MURRAH, Chief Judge, and PICKETT, Circuit Judge.

PER CURIAM.

Motion for writ of mandamus denied September 14, 1962.

**WESTINGHOUSE ELECTRIC CORPORATION, General Electric Company and Allis-Chalmers Manufacturing Company,**

v.

**The JUDGES OF THE UNITED STATES DISTRICT COURT, District of Utah, Central Division.**

No. 7067.

United States Court of Appeals
Tenth Circuit.

Dec. 12, 1962.

Calvin A. Behle, Peter W. Billings and Dennis McCarthy, Salt Lake City, Utah, for petitioners.